UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Mitchell C. Wright,<br>Attorney at Law, Bar No. 5835 | Case No. 2:23-ms-00004<br><br>ORDER OF SUSPENSION |

On February 6, 2023, this Court entered an Order to Show Cause mailed via certified mail ordering Mitchell C. Wright to show cause why he should not be suspended from the bar of this Court. (ECF No. 1 ("OSC").) However, the OSC was returned from the United States Postal Service marked "Return to Sender - Not Deliverable as Addressed - Unable to Forward." Regardless, the OSC provided Mr. Wright with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Wright. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Mitchell C. Wright, Bar No. 5835, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 29th Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 30th Day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Mitchell C. Wright, Esq.
> 55 S. Maine St., Ste. A
> Fallon, NV 89406

Certified Mail No.: 7020 3160 0000 7420 3500

/s/ Sharon H.
Deputy Clerk
United States District Court
District of Nevada